**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>HANS T LAMBERT,<br><br>                                        Debtor. | IN CHAPTER 13 PROCEEDING<br>No. 25-11668-TWD<br><br>ORDER DISMISSING CASE |

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss Case (ECF No. 30). For the reasons stated by the Court at the September 3, 2025 hearing, it is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/ Alan X. Yang*, WSBA #62891 for
Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

ORDER DISMISSING CASE

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282